# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Giblin, Keith F. | Texas - District Court | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

300 Willow, Room 118
Beaumont TX 77701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Boy Scouts of America, Troup 601 |
| 2. | Board Member | Ubi Caritas |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Department of Justice Retirement Plan, No Control - Pension Plan through fromer employer. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Christus - St. Elizabeth Hospital, Beaumont Texas |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Giblin, Keith F.** | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | VISA Capital One Services | Credit Card Debt | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Bank Deposit Money Market | A | Interest | L | T | Buy (add'l) | 08/15/13 | L | | |
| 2. Guarantee Bank, Bmt TX (checking account) | A | Interest | J | T | | | | | |
| 3. Cleveland, Texas ISD Maturity Bond | A | Interest | | | Matured | 2/15/13 | K | A | |
| 4. Galveston County Muncipal Bond | A | Interest | | | Matured | 02/01/13 | K | A | |
| 5. Irving Texas ISD Municipal Bond | A | Interest | | | Matured | 02/15/13 | K | A | |
| 6. University of Texas Municipal Bond | A | Interest | | | Matured | 08/15/13 | K | A | |
| 7. GVIT Growth Fund | B | Dividend | L | T | | | | | |
| 8. GVIT Asset Allocation | C | Dividend | M | T | | | | | |
| 9. GVIT Bond Fund | C | Dividend | L | T | | | | | |
| 10. Irving Texas I.S.D. Zero Coupon Bond | | None | J | T | | | | | |
| 11. Houston, Texas Water Municipal Bond | B | Interest | K | T | | | | | |
| 12. American Balance Fund | B | Dividend | L | T | | | | | |
| 13. American High Income Municipal Fund | B | Dividend | K | T | | | | | |
| 14. American High Income Trust Fund | B | Dividend | | | Sold | 10/24/13 | J | A | |
| 15. American Funds Group -Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 16. Legg Mason Partners Managed Municipals Fund | A | Dividend | | | Sold | 11/14/13 | J | A | |
| 17. GAMCO Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Group- Growth Fund of America | A | Dividend | L | T | | | | | |
| 19. Janus Advisor Forty Fund | A | Dividend | J | T | | | | | |
| 20. T Rowe Price Value Advisor Fund | A | Dividend | L | T | | | | | |
| 21. Royce Premier Fund | A | Dividend | K | T | | | | | |
| 22. American Funds Group Invst Co of America Fund | A | Dividend | J | T | | | | | |
| 23. Washington Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 24. DWS Core | A | Dividend | J | T | | | | | |
| 25. Lord Abbett High IncomeMunicipal | B | Dividend | K | T | | | | | |
| 26. Managers Bond Fund | B | Dividend | K | T | | | | | |
| 27. Pioneer Strategic Income | A | Dividend | K | T | | | | | |
| 28. Oppenheimer Main Street Small Cap | A | Dividend | K | T | | | | | |
| 29. Ft. Templeton Global Bono Fund | B | Dividend | K | T | | | | | |
| 30. UBS AAA Energy | A | Dividend | K | T | | | | | |
| 31. American Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Capital World Growth | A | Dividend | J | T | | | | | |
| 33. New Perspective | A | Dividend | J | T | | | | | |
| 34. New World Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital World Bond | A | Dividend | J | T | | | | | |
| 36. Intermediate Bond Fund | A | Dividend | J | T | | | | | |
| 37. Tax Exempt Bond Fund of America | A | Dividend | K | T | | | | | |
| 38. Limited Term Tax Exempt Bond Fund | A | Dividend | K | T | | | | | |
| 39. Canyon TX Water | A | Interest | K | T | Buy | 08/01/13 | K | | |
| 40. William Blair International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following funds were sold or redeemed in 2012 and removed from the 2013 report:
Smith Barney Bank Deposit Program

The following Bonds Matured during 2012 and were removed from the 2013 report:
San Antonio Texas Water Municipal Bond
Texas Tech University Municipal Bond
Harris county Houston Municipal Bond
Cypress Fairbanks ISD
Dallas-Fort Worth Municipal Bond

Note: Added back in William Blair International (see line 40) This showed sold in 2011 however that should have been noted as a partial sell instead of a complete sell. Due to the error in 2011 it was removed from the Disclosure in 2012. It has been added back with the proper Income during 2013 and gross value at the end of reporting period - the original date of purchase was 8/29/05 (since this date is outside the normal reporting year it would not allow me to add) at a Value of J $15,000 or less

| Name of Person Reporting | Date of Report |
|---|---|
| Giblin, Keith F. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith F. Giblin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544